

Third Court of Appeals
Price Daniel Sr. Bldg.
209 West 14th Street, Room 101
Austin, Texas 78701
3rdclerksandreporters@txcourts.gov

Attention:  Mr. Jeffrey Kyle

> **RE:  THE STATE OF TEXAS VS. TOMMY JOE KELLEY**
> **COURT OF APPEALS NO. 03-15-00577-CR and 03-11-00801-CR**
>> TRIAL COURT CAUSE NO. D-1-DC-11-300379
>> 390TH JUDICIAL DISTRICT COURT of TRAVIS COUNTY, TEXAS

Dear Mr. Kyle:

Please be advised that the 17-volume Reporter's Record in the above-styled cause was filed **March 5, 2012**.  It was filed under **Court of Appeals No. 03-11-00801-CR**.

There has been **no subsequent record hearing** had in the above-referenced cause since that date.

If I may be of any further assistance to you in this or any other matter, please don't hesitate to call upon me at once.

Respectfully yours,


*Marti Ruby*
Official Court Reporter
390th Judicial District Court
Travis County, Texas
512-854-4721
Marti.ruby@traviscountytx.gov